UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                             CASE NO.   8:17-CR-576-T-17SPF

STEVEN LAWRENCE MOORE.

_____/

## ORDER FILING DOCUMENT

This cause is before the Court sua sponte.  The Court received
the attached letter dated August 29, 2018 from Sherri C. Moore today.
(Exhibit A).  The Court will also provide a copy to Derek J. Birdsong, U.S.
Probation  Officer.    Accordingly, it is

**ORDERED** that the attached letter dated August 29, 2018
from Sherri C. Moore is filed.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 4th  day of
September, 2018.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

All parties and counsel of record